THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LIONEL WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA and PACIFIC SHIP REPAIR and FABRICATION, INC.,<br><br>   Defendants/Third Party Plaintiffs,<br><br>   v.<br><br>AMSEC, LLC,<br><br>   Third Party Defendant. | No. C11-5536-RJB<br><br>ORDER TO MODIFY PROVISIONS OF SCHEDULING ORDER |

This matter came before the Court on the parties Agreed Motion to Modify Provisions of the April 19, 2012 Scheduling Order. The Court, having read and considered the parties' Agreed Motion, and finding good cause therefore, hereby ORDERS the March 19, 2012 Scheduling Order to be amended as follows:

  1) Mediation shall take place by February 5, 2013;

  2) The mediation report shall be filed by February 12, 2013;

  3) A proposed pre-trial Order shall be filed on February 14, 2013;

  4) Trial briefs and proposed findings of fact shall be filed on February 14, 2013; and

  5) A pre-trial conference shall take place on February 15, 2013. (May be telephonic.)

[PROPOSED] ORDER TO MODIFY
PROVISIONS OF SCHEDULING ORDER – 1
(C11-5536-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  SO ORDERED, this 30th day of February, 2013.

2

3

4

5  *[signature: Robert J Bryan]*

6  Robert J Bryan
   United States District Judge

7

8

9  Submitted by:

10

11 *s/Peter Winn*
   PETER A. WINN
12 Assistant United States Attorney
   United States Attorney's Office
13 700 Stewart Street, Suite 5220
   Seattle, WA 98101 - 1271
14 Telephone: 206-553-4985
   Facsimile: 206-553-4073
15 Email: peter.winn@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO MODIFY
PROVISIONS OF SCHEDULING ORDER – 2
(C11-5536-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970